Frances Trimble, Appellant, v. Nassau Electric Railroad Company, Respondent.— Motion for leave to appeal to the Appellate Division denied, with

---

* See Rules for Admission of Attorneys and Counselors at Law.— [Rep.

ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.